UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALEXANDER FLOYD, | CASE NO. C23-1925-KKE |
|---|---|
| Plaintiff(s), | |
| v. | ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES |
| ROBERT HALF INC et al, | |
| Defendant(s). | |

This matter comes before the Court on the Parties' stipulated motion to extend certain deadlines. Dkt. No. 12. The Court finds good cause to extend the deadlines as follows:

| | Prior Deadline | New Deadline |
|---|---|---|
| Response Deadline | 12/21/2023 | 1/22/2024 |
| 26(f) Conference Deadline | 1/10/2024 | 2/9/2024 |
| Initial Disclosure Deadline | 1/24/2024 | 2/23/2024 |
| Joint Status Report Due | 1/31/2024 | 3/1/2024 |

The Court GRANTS the stipulated motion. Dkt. No. 12.

Dated this 22nd day of December, 2023.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES - 1