UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ALEXANDER FLOYD, | CASE NO. C23-1925-KKE |
|---|---|
| Plaintiff(s), | |
| v. | ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND INITIAL CASE DEADLINES |
| ROBERT HALF INC et al, | |
| Defendant(s). | |

This matter comes before the Court on the Parties' stipulated motion to extend certain deadlines.[1]  Dkt. No. 14.  The Court finds good cause to extend the deadlines as follows:

|  | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Response Deadline | 1/22/2024 | 3/22/2024 |
| 26(f) Conference Deadline | 2/9/2024 | 4/9/2024 |
| Initial Disclosure Deadline | 2/23/2024 | 4/23/2024 |
| Joint Status Report Due | 3/1/2024 | 4/30/2024 |

The Court GRANTS the stipulated motion.  Dkt. No. 14.

Dated this 24th day of January, 2024.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

---

[1] Although the motion is labeled as a motion to stay, the relief sought is an extension of deadlines.  Dkt. No. 14.